FILED
October 12, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                                )<br>            Plaintiff,                           )<br>v.                                                        )<br>                                                                )<br>Sieu Van Nguyen,                            )<br>                                                                )<br>            Defendant.                       )   | Case No. 2:07-mj-302 GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Sieu Van Nguyen   Case 2:07-mj-302 GGH  from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and~~ for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    __    Unsecured bond in the amount of

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_  (Other) Complaint Dismissed

Issued at  Sacramento, CA  on  10/12/07  at  2:15 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge