FILED
October 12, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>            Plaintiff,               )<br>v.                                                  )<br>                                                        )<br>Sieu Van Nguyen,                        )<br>                                                        )<br>            Defendant.           ) | Case No.  2:07-mj-302 GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Sieu Van Nguyen   Case 2:07-mj-302 GGH from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and~~ for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    \_\_   Unsecured bond in the amount of

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) Complaint Dismissed

Issued at  Sacramento, CA  on  10/12/07   at  2:15 p.m.

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge